# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,    :    Case No. 3:16-cr-127
                                     Also 3:19-cv-369

                                       District Judge Thomas M. Rose
- vs -                           Magistrate Judge Michael R. Merz

DONALD MAY,

        Defendant.    :

## DECISION AND ORDER

This § 2255 action is before the Court on the Magistrate Judge's Supplemental Report and Recommendations recommending that Defendant's motion to amend the judgment dismissing his Motion to Vacate under 28 U.S.C. § 2255 be denied (ECF No. 49). Defendant was advised in that Report that he was allowed seventeen days from the date of service in which to file objections. *Id.* at PageID 134. The Supplemental Report was served on February 7, 2020, making any objections due by February 24, 2020, but no objections have been filed.

Accordingly, the Supplemental Report is ADOPTED and Defendant's motion to amend the judgment in this case is DENIED.

March 10, 2020                                                                           *s/Thomas M. Rose

                                                                                      Thomas M. Rose
                                                                   United States District Judge